UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61326-RNS

IVETTE CABALLERO,

    Plaintiff
vs.

AVIATION INFLATABLES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Ivette Caballero, and Defendant, Aviation Inflatables, LLC, (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties anticipate filing a request for dismissal with prejudice within the next sixty (60) days.

| | |
|---|---|
| **Dated**: October 11_, 2022 | Respectfully Submitted, |
| **PEREGONZA THE ATTORNEYS** <br> 5201 Blue Lagoon Drive, Suite 290 <br> Miami, FL 33126 <br> Telephone: (786) 650-0202 <br> Facsimile: (786) 650-0200 | **Lewis, Brisbois, Bisgaard & Smith, LLP** <br> 110 Southeast 6th Street, Suite 2600 <br> Fort Lauderdale, Florida 33301 <br> Telephone: (954) 728-1280 <br> Facsimile: (954) 728-1282 |
| */s/Nathaly Saavedra* <br> Nathaly Saavedra, Esq. (FBN 118315) <br> Nathaly@peregonza.com <br> Counsel for Plaintiff | */s/Jonathan A. Beckerman* <br> Jonathan A. Beckerman, Esq. (FBN 568252) <br> Jonathan.Beckerman@lewisbrisbois.com <br> Counsel for Defendant |