# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| IVETTE CABALLERO | ) | Case No. 22-61326-CIV - SCOLA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| AVIATION INFLATABLES LLC | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Ivette Caballero and Defendant Aviation Inflatables LLC. stipulate and agree that all claims in this case are dismissed with prejudice. Each party shall pay its own court costs and attorneys' fees. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement for 30 days.

Dated: November 8, 2022

Stipulated and agreed to by:

| | |
|---|---|
| */s/Nathaly Saavedra* <br> Nathaly Saavedra <br> nathaly@peregonza.com <br> Florida Bar No. 118315 <br> **PEREGONZA THE ATTORNEYS, PLL** <br> 5201 Blue Lagoon Drive, Suite 290 <br> Miami, FL 33126 <br> Telephone: (786) 650-0202 <br> Facsimile: (786) 650-0200 <br><br> *Counsel for Plaintiff* | s/Jonathan A. Beckerman <br> Jonathan A. Beckerman, Esq. (FBN 568252) <br> Jonathan.Beckerman@lewisbrisbois.com <br> Lewis, Brisbois, Bisgaard & Smith, LLP <br> 110 Southeast 6th Street, Suite 2600 <br> Fort Lauderdale, Florida 33301 <br> Telephone: (954) 728-1280 <br> Facsimile: (954) 728-1282 <br><br> /Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, I filed the following via the Court's ECF system, serving all counsel of record.

*s/Nathaly Saavedra*
Nathaly Saavedra
